## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MARTHA VELLONE, on behalf of Kenneth Vellone, Dec'd,

                    Plaintiff,

-against-

ANDREW SAUL, Commissioner of Social Security,
                    Defendant.

---------------------------------------------------------------X

20 **CIVIL** 261 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated July 6, 2021, Plaintiff's motion for judgment on the pleadings is GRANTED, and the Commissioner's motion is DENIED. It is hereby ORDERED that this case be remanded for further proceedings consistent with the Opinion and the Report; accordingly, the case is closed.

**Dated:** New York, New York
        July 6, 2021

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**
                **BY:** *K. Mango*
                                      **Deputy Clerk**