UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTHA VELLONE o/b/o KENNETH
VELLONE, DEC'D,

               Plaintiff,

               v.

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

20-CV-0261 (RA)(KHP)

ORDER

RONNIE ABRAMS, United States District Judge:

      On January 10, 2020, Plaintiff brought this action on behalf of her deceased ex-husband Kenneth Vellone, seeking review of an administrative law judge's denial of disability benefits. Dkt. 1. On July 6, 2021, this case was remanded to the Commissioner of Social Security for the purpose of conducting further administrative proceedings. Dkt. 59. On September 8, 2021, Plaintiff filed a motion for attorneys' fees. Dkt. 60. Before the Court now is the January 31, 2022 Report and Recommendation of the Honorable Magistrate Judge Parker (the "Report"), which recommends granting Plaintiff's motion and awarding fees and costs in the amount of $15,151.41 ($14,324.70 in fees plus $826.71 in costs), but denying the motion to the extent that it seeks market hourly fees of $750 an hour due to the Commissioner's purported "bad faith" conduct. *See* Dkt. 73. Neither party filed objections to the Report.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may object to a magistrate judge's recommended findings "[w]ithin 14 days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2); *see also* Report at 9 (advising parties of deadline

to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)). "When the parties make no objections to the Report, the Court may adopt the Report if 'there is no clear error on the face of the record.'" *Smith v. Corizon Health Servs.*, No. 14-CV-8839 (GBD) (SN), 2015 WL 6123563, at *1 (S.D.N.Y. Oct. 16, 2015) (*quoting Adee Motor Cars, LLC v. Amato*, 388 F. Supp. 2d 250, 253 (S.D.N.Y. 2005)). "Furthermore, if as here . . . the magistrate judge's report states that failure to object will preclude appellate review and no objection is made within the allotted time, then the failure to object generally operates as a waiver of the right to appellate review." *Hamilton v. Mount Sinai Hosp.*, 331 F. App'x 874, 875 (2d Cir. 2009) (citations omitted).

As no objections to Judge Parker's Report were filed, the Court reviews the Report for clear error. After careful consideration of the record, the Court finds no error and thus adopts the thorough and well-reasoned Report in its entirety. Accordingly, Plaintiff's motion for attorneys' fees in the amount of $15,151.41 is granted.

The Clerk of Court is respectfully directed terminate the motion pending at Dkt. 60 and to close this case.

SO ORDERED.

Dated:  February 15, 2022
        New York, New York

                                            _____
                                            RONNIE ABRAMS
                                            United States District Judge

2